No. 74–5716. JOHNSON v. GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 74–5718. NEWMAN v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 74–5719. DRAGO v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 74–5726. HICKS v. LEEKE, CORRECTIONS DIRECTOR. C. A. 4th Cir. Certiorari denied. ■

No. 74–5730. JONES v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 74–5733. SMITH v. CITY OF IRONDALE. Sup. Ct. Ala. Certiorari denied. ■

No. 74–5735. MILLER v. KENTUCKY. Ct. App. Ky. Certiorari denied. ■

No. 74–5739. CLARK v. MCCARTHY, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 74–5740. GUPTA ET UX. v. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–5761. JACKSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. ■

No. 74–5756. ROBINSON, AKA JENKINS v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. ■

No. 74–5751. KELLY v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. ■